UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SHERMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:21-cv-00168-MMD-CSD<br><br>**ORDER**<br><br>RE:  ECF No. 23 |

Before the court is Plaintiff's Motion for Extension of Time to Respond to Defendants' Opposition to Motion for Preliminary Injunction (ECF No. 23).  Plaintiff requests a three (3) day extension to file his response.

Plaintiff's Motion for Extension of Time to Respond to Defendants' Opposition to Motion for Preliminary Injunction (ECF No. 23) is **GRANTED**. Plaintiff shall have to and including **March 22, 2022**, in which to respond to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

DATED:  March 16, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**