# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SHERMAN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>　　　　　　　　Defendants. | 3:21-cv-00168-MMD-CSD<br><br>**ORDER**<br><br>RE: ECF No. 25 |

Before the court is Plaintiff's Motion for Extension of Time to Respond to Defendants' Opposition to Motion for Preliminary Injunction (ECF No. 25). Plaintiff requests another three (3) day extension to file his response.

Plaintiff's Motion for Extension of Time to Respond to Defendants' Opposition to Motion for Preliminary Injunction (ECF No. 25) is **GRANTED**. Plaintiff shall have to and including **March 28, 2022**, in which to respond to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

DATED: March 23, 2022.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

1