# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD SHERMAN

    Plaintiff(s),

vs.

HAROLD WICKHAM et al.

    Defendant(s).

Case #3:21-cv-00168-ART-CSD

**ORDER APPROVING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Meaghan VerGow_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

O'Melveny & Myers LLP
(firm name)

with offices at _____1625 Eye Street, NW_____,
(street address)

_Washington_ , _District of Columbia_ , _20006_ ,
(city)      (state)      (zip code)

_202-383-5300_ , _mvergow@omm.com_ .
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Donald Sherman_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>October 12, 2007</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>District of Columbia</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Washington, D.C. | October 12, 2007 | 977165 |
| State Bar of New York | January 24, 2007 | 4472775 |
| Please see attached. | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF  Washington, D.C.     )

_____Meaghan VerGow_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

26th day of May, 2022.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Lisa A. Rasmussen_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Law Offices of Kristina Wildeveld & Associates, 550 East Charleston Boulevard, Suite A,
(street address)

Las Vegas                , Nevada        , 89104
(city)                     (state)        (zip code)

702-222-0007              , Lisa@veldlaw.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Lisa A. Rasmussen_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Donald Sherman,_ Signed by Lisa Rasmussen, as
(party's signature)  authorized by
Donald Sherman, Client   Donald Sherman, an
(type or print party name, title)  inmate at
NDOC.

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Lisa Rasmussen_
Designated Resident Nevada Counsel's signature

7491                     Lisa@veldlaw.com
Bar number               Email address

APPROVED.

Dated: June 9, 2022

_Anne Traum_
Anne R. Traum
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**_DONALD SHERMAN v. HAROLD WICKHAM, et al.,_**
**Case No. 3:21-cv-00168-ART-CSD**

Attachment to Pro Hac Vice Application of Meaghan VerGow
USDC – District of Nevada (Reno)

4 —- Court Admissions

| Title of Court | Date Admitted |
|---|---|
| U.S. District Court, District of Columbia | June 1, 2015 |
| U.S. District Court, District of Colorado | October 23, 2015 |
| U.S. District Court, Southern District of New York | May 1, 2018 |
| U.S. Court of Appeals, Federal Circuit | July 10, 2009 |
| U.S. Court of Appeals, Third Circuit | June 10, 2010 |
| U.S. Court of Appeals, District of Columbia | May 30, 2014 |
| U.S. Court of Appeals, Second Circuit | April 22, 2016 |
| U.S. Court of Appeals, Fifth Circuit | June 2, 2016 |
| U.S. Court of Appeals, First Circuit | May 31, 2017 |
| U.S. Court of Federal Claims | March 14, 2018 |
| U.S. Court of Appeals, Eleventh Circuit | August 27, 2018 |
| U.S. Court of Appeals, Ninth Circuit | December 5, 2019 |
| U.S. Court of Appeals, Tenth Circuit | April 22, 2020 |
| U.S. Court of Appeals, Sixth Circuit | December 31, 2020 |
| U.S. Court of Appeals, Eighth Circuit | May 19, 2021 |
| U.S. Supreme Court | April 5, 2010 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Meaghan Mc Laine Ver Gow*

was duly qualified and admitted on October 12, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 6, 2022.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



*Appellate Division of the Supreme Court  
of the State of New York  
Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

*Meaghan Elizabeth Mclaine Vergow*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 24, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on May 24, 2022.

*Robert D. Mayberger*

Clerk of the Court

CertID-00068059



Robert D. Mayberger
Clerk of the Court

**State of New York**
**Supreme Court, Appellate Division**
**Third Judicial Department**
**Admissions Office**
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney
Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022