# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONALD SHERMAN,

    Plaintiff

v.

HAROLD WICKHAM, et al.,

    Defendants

Case No.: 3:21-cv-00168-ART-CSD

**Order**

Re: ECF No. 57

Plaintiff, who is represented by counsel, has filed a first amended complaint (FAC). (ECF No. 57.) Under Federal Rule of Civil Procedure 15, none of the circumstances allowing for amendment as a matter of course under Rule 15(a)(1) apply here. Therefore, Plaintiff is required to file a stipulating indicating Defendants' consent to amendment, or a motion for leave to amend. Fed. R. Civ. P. 15(a)(2).

On or before **July 29, 2022**, Plaintiff shall file a stipulation to file the FAC or a motion for leave to amend, or the FAC will be stricken.

**IT IS SO ORDERED**.

Dated: July 19, 2022

                                                Craig S. Denney
                                                United States Magistrate Judge