DANIEL J. TULLY, *admitted pro hac vice*
dtully@omm.com
KATHRYN K. TURNER, *admitted pro hac vice*
kathrynturner@omm.com
GILLIAN HAWLEY, *admitted pro hac vice*
ghawley@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000

MEAGHAN VERGOW, *admitted pro hac vice*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300

LISA A. RASMUSSEN (NV Bar No. 7491)
lisa@veldlaw.com
LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Boulevard, Suite A
Las Vegas, Nevada 89104
Telephone: +1 702 222 0007

*Attorneys for Plaintiff Donald Sherman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SHERMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD WICKHAM, in his personal capacity; KIM THOMAS, in his personal capacity; WILLIAM GITTERE, in his personal capacity and in his official capacity as Deputy Director of Operations of the Nevada Department of Corrections; BRIAN WILLIAMS, in his official capacity as Deputy Director of Programs of the Nevada Department of Corrections; WILLIAM REUBART, in his personal capacity and in his official capacity as Warden of Ely State Prison; DAVID DRUMMOND, in his official capacity as Associate Warden of Ely State Prison; and TASHEENA COOKE, in her official capacity as Associate Warden of Ely State Prison,<br>　　　　　　Defendants. | Case No. 3:21-cv-00168-ART-CSD<br><br>**JOINT STIPULATION TO STAY SCHEDULING ORDER AND DISCOVERY PLAN (DKT. NO. 29)**<br><br>**(First Request)**<br><br>Hon. Anne R. Traum<br>Hon. Craig S. Denney |

**JOINT STIPULATION TO STAY SCHEDULING ORDER AND DISCOVERY PLAN**

Pursuant to LR IA 6-1 and LR 26-3, counsel for Plaintiff Donald Sherman and counsel for Defendants Harold Wickham, Kim Thomas, William Gittere, Brian Williams, William Reubart, David Drummond, and Tasheena Cooke respectfully submit this joint stipulation to stay the current case management deadlines in the Court's April 4, 2022 Scheduling Order and Discovery Plan Re: Pro Se § 1983 Actions, *see* Dkt. No. 29 (the "Order"), pending the parties' Rule 26(f) conference and submission of a revised stipulated discovery plan and case management order pursuant to this Court's Local Rules.

The current scheduling Order sets a fact discovery deadline of October 1, 2022. *See* Order at 6. This Stipulation is not being submitted within 21 days of the deadline to complete fact discovery because counsel for Defendants received orders to participate in active military service from August 25, 2022 until September 19, 2022, and was unable to meet and confer regarding a potential stipulation to stay or amend the Order until September 21. This is the first stipulation to stay the Order and extend discovery deadlines.

The Stipulation is being filed, and a stay of the current case management deadlines is being requested, to permit the parties to further confer about a workable case management schedule to govern Plaintiff's First Amended Complaint. Plaintiff filed a First Amended Complaint on July 18, 2022, which added five new defendants—Gittere, Williams, Reubart, Drummond, and Cooke—in addition to Defendants Wickham and Thomas, who were named in Plaintiff's original Complaint. *See* Dkt. No. 57. The newly added Defendants returned waivers of service of the summons on September 23, 2022, and currently must respond to the First Amended Complaint by October 18, 2022. *See* Dkt. Nos. 65–69. Because the newly added Defendants have not appeared in this action, Plaintiff will not be able to complete discovery by the deadlines set in the Order. In the interest of assisting the Court in creating an acceptable case management schedule, counsel for the parties wish to confer about revised case management dates and submit such proposed dates to the Court for its approval.

Counsel for the parties have met and conferred regarding this Stipulation and proposed stay, and no party objects to the requested stay. This Stipulation is being made in good faith and not for the purpose of delay.

## DISCOVERY COMPLETED TO DATE

Plaintiff and Defendants Harold Wickham and Kim Thomas, who were named in the original Complaint, have exchanged their mandatory initial disclosures as required by the Order. *Se* Dkt. No. 29 at 2. Plaintiff propounded written discovery on Defendant Harold Wickham. Defendant Wickham timely responded to the written discovery. Plaintiff has not yet propounded written discovery on any of the newly added Defendants, who have not yet appeared in this case. To date, the parties have not scheduled any depositions or engaged in expert discovery.

## DISCOVERY YET TO BE COMPLETED

Plaintiff is prepared to propound written discovery on the newly added Defendants once they have appeared in this case and discovery is otherwise permitted under the Federal Rules of Civil Procedure and this Court's Local Rules. After written discovery has been propounded and responded to, Plaintiff intends to notice depositions consistent with the Federal Rules of Civil Procedure and the Local Rules. Similarly, Defendants intend to serve written discovery and notice a deposition of the Plaintiff according to applicable rules. The parties will meet and confer regarding expert discovery and will submit an appropriate stipulation, consistent with the Local Rules, for the Court's consideration if expert discovery is anticipated.

## REASONS FOR REQUESTED STAY

This Stipulation is being filed because Plaintiff added additional defendants in the First Amended Complaint, which was filed July 18, 2022. *See* Dkt. No. 57. The newly added Defendants returned waivers of service of the summons on September 23, 2022, and currently must respond to the First Amended Complaint by October 18, 2022. *See* Dkt. Nos. 65–69; *see also* Fed. R. Civ. Proc. 4(d)(3). Because the newly added Defendants have not yet appeared in this action, and Plaintiff may not propound discovery on the new defendants until after a Rule 26(f) conference is held, *see* Fed. R. Civ. Proc. 26(d)(1), the parties agree that the Order's October 1, 2022 deadline to complete discovery will not provide sufficient time for the parties to

complete discovery. Once the newly added Defendants appear in this action, the parties will complete a Rule 26(f) conference and submit a proposed discovery plan and scheduling order within the time periods set by this Court. See LR 26-1(a).

## PROPOSED TIMELINE

The current deadline for discovery is October 1, 2022. See Order at 6. Through this Stipulation, the parties hereby respectfully request that the Court enter an order staying the currently imposed case management deadlines set in the Order until such time as the parties are able to complete a Rule 26(f) conference and submit a stipulated discovery plan and scheduling order following the newly added Defendants' appearance in this action as required by the Local Rules, see LR 26-1(a), and this Court enters a new scheduling order. The parties anticipate they will be filing a joint motion for a revised scheduling order not later than November 15, 2022. This is based on the assumption that the newly added defendants will file a timely answer on or before October 18, 2022, that the parties will meet and confer pursuant to Rule 26 shortly thereafter and that agreed upon revised case management dates will be submitted to the Court, via Joint Motion shortly thereafter.

Therefore, **IT IS HEREBY STIPULATED AND AGREED** between the parties, through their counsel, and subject to the Court's approval, that the Court's April 4, 2022 Scheduling Order and Discovery Plan Re: Pro Se § 1983 Actions, see Dkt. No. 29, is stayed until the parties complete a Rule 26(f) conference and submit joint motion to revise the current case management deadlines following the appearance of the Defendants added to the First Amended Complaint as required by the Local Rules, see LR 26-1(a), and this Court enters a new scheduling order.

Respectfully submitted,

Dated:  September 27, 2022          O'MELVENY & MYERS LLP


                                    By:   /s/ Meaghan VerGow
                                              Meaghan VerGow
                                    *Attorneys for Plaintiff Donald Sherman*


Dated:  September 27, 2022          LAW OFFICES OF KRISTINA
                                    WILDEVELD & ASSOCIATES


                                    By:   /s/ Lisa A. Rasmussen
                                              Lisa A. Rasmussen
                                    *Attorney for Plaintiff Donald Sherman*


Dated:  September 27, 2022          OFFICE OF THE NEVADA ATTORNEY
                                    GENERAL


                                    By:   /s/ Austin T. Barnum
                                              Austin T. Barnum
                                    *Attorney for Defendants Harold Wickham and Kim Thomas*


**IT IS SO ORDERED.**

Dated this  28th  day of September, 2022.

_____
Honorable Craig S. Denney
United States Magistrate Judge