DANIEL J. TULLY, *admitted pro hac vice*
dtully@omm.com
KATHRYN K. TURNER, *admitted pro hac vice*
kathrynturner@omm.com
GILLIAN HAWLEY, *admitted pro hac vice*
ghawley@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071-2899
Telephone:     +1 213 430 6000

MEAGHAN VERGOW, *admitted pro hac vice*
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:     +1 202 383 5300

LISA A. RASMUSSEN (NV Bar No. 7491)
lisa@veldlaw.com
LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Boulevard, Suite A
Las Vegas, Nevada  89104
Telephone:     +1 702 222 0007

Attorneys for Plaintiff
Donald Sherman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SHERMAN,<br>            Plaintiff,<br>     v.<br>HAROLD WICKHAM, in his personal capacity; KIM THOMAS, in his personal capacity; WILLIAM GITTERE, in his personal capacity and in his official capacity as Deputy Director of Operations of the Nevada Department of Corrections; BRIAN WILLIAMS, in his official capacity as Deputy Director of Programs of the Nevada Department of Corrections; WILLIAM REUBART, in his personal capacity and in his official capacity as Warden of Ely State Prison; DAVID DRUMMOND, in his official capacity as Associate Warden of Ely State Prison; and TASHEENA COOKE, in her official capacity as Associate Warden of Ely State Prison,<br>            Defendants. | Case No. 3:21-cv-00168-ART-CSD<br><br>**STIPULATION TO FILE PROPOSED SCHEDULING ORDER EXTENSIONS**<br><br>Hon. Anne R. Traum<br>Hon. Craig S. Denney |

**STIPULATION TO FILE PROPOSED SCHEDULING ORDER EXTENSIONS**

As contemplated by the Joint Stipulation to Stay Scheduling Order and Discovery Plan filed on September 27, 2022, *see* Dkt. No. 70, and entered by this Court on September 28, 2022, *see* Dkt. No. 71, the parties are meeting and conferring about a case schedule. To permit the parties to confer further, they stipulate, subject to the Court's approval, to submit a filing regarding the proposed case scheduling by December 2, 2022.

Respectfully submitted,

Dated: November 15, 2022         O'MELVENY & MYERS LLP

                                 By:   /s/ Meaghan VerGow
                                       Meaghan VerGow

                                 Attorneys for Plaintiff Donald Sherman

Dated: November 15, 2022         LAW OFFICES OF KRISTINA
                                 WILDEVELD & ASSOCIATES

                                 By:   /s/ Lisa A. Rasmussen
                                       Lisa A. Rasmussen

                                 Attorney for Plaintiff Donald Sherman

Dated: November 15, 2022         OFFICE OF THE NEVADA ATTORNEY
                                 GENERAL


                                 By:   /s/ Austin T. Barnum
                                       Austin T. Barnum
                                 Attorney for Defendants Harold Wickham et al


**IT IS SO ORDERED.**

Dated this 16th day of November, 2022.

_____
Honorable Craig S. Denney
United States Magistrate Judge