1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DONALD SHERMAN,

        Plaintiff,

    v.

HAROLD WICKHAM, in his personal capacity; KIM THOMAS, in his personal capacity; WILLIAM GITTERE, in his personal capacity and in his official capacity as Deputy Director of Operations of the Nevada Department of Corrections; BRIAN WILLIAMS, in his official capacity as Deputy Director of Programs of the Nevada Department of Corrections; WILLIAM REUBART, in his personal capacity and in his official capacity as Warden of Ely State Prison; DAVID DRUMMOND, in his official capacity as Associate Warden of Ely State Prison; and TASHEENA COOKE, in her official capacity as Associate Warden of Ely State Prison,

        Defendants.

Case No. 3:21-cv-00168-ART-CSD

**ORDER APPROVING**

**STIPULATION TO EXTEND DEADLINE FOR FILING NOTICE RELATING TO PROPOSED RELIEF IN ACCORDANCE WITH THE COURT'S ORDER OVERRULING OBJECTIONS TO REPORT AND RECOMMENDATION (DKT. NO. 80)**

**(First Request)**

Hon. Anne R. Traum
Hon. Craig S. Denney

## STIPULATION TO EXTEND DEADLINE FOR FILING NOTICE RELATING TO PROPOSED RELIEF

On August 3, 2022, the Honorable Craig S. Denney issued a Report and Recommendation granting in part Plaintiff Donald Sherman's Renewed Motion for Preliminary Injunction. *See* Dkt. No. 62. In that order, the Court recommended that the motion be granted and that "the parties should be directed to meet and confer regarding the specifics" of Mr. Sherman's access to the sweat lodge, and that "[i]f the parties reach an agreement, they should be directed to file a stipulation with the court outlining their agreement within 21 days of the date of any order adopting and accepting this Report and Recommendation for the court's approval." *Id.* at 21.

On March 29, 2023, the Honorable Anne R. Traum issued an Order Overruling Defendants' Objections to Magistrate Judge Denney's Report and Recommendation. *See* Dkt. No. 80 ("Order"). In the Order, the Court ordered that the parties "meet and confer regarding the specifics of Sherman's access to the sweat lodge," and that within 21 days of that order, the parties should file "a stipulation outlining their agreement for the Court's approval" or a notice indicating that they cannot reach an agreement. *Id.* at 17.

Following issuance of the Court's March 29, 2023 Order, the parties have met and conferred regarding the specifics of Mr. Sherman's sweat-lodge access, and their negotiations are ongoing.

To permit the parties to confer further regarding Mr. Sherman's access, the parties stipulate, subject to the Court's approval, to extend the deadline to file a stipulation relating to Mr. Sherman's access or a notice relating to the parties' efforts by 21 days—to May 10, 2023. This is the first stipulation to extend the deadline in the Court's March 29, 2023 Order, and is being made in the interest of conserving the parties' and the Court's resources and avoiding unnecessary motion practice.

Respectfully submitted,

Dated:  April 19, 2023                    O'MELVENY & MYERS LLP

                                          By:    /s/ Daniel J. Tully
                                                      Daniel J. Tully

                                          *Attorneys for Plaintiff Donald Sherman*

Dated:  April 19, 2023                    LAW OFFICES OF KRISTINA
                                          WILDEVELD & ASSOCIATES

                                          By:    /s/ Lisa A. Rasmussen

                                                      Lisa A. Rasmussen

                                          *Attorney for Plaintiff Donald Sherman*

Dated:  April 19, 2023                    OFFICE OF THE NEVADA ATTORNEY
                                          GENERAL

                                          By:    /s/ Chris W. Davis
                                                      Chris W. Davis

                                          *Attorney for Defendants Harold Wickham et al*

**IT IS SO ORDERED.**

Dated this 21st day of April, 2023.

Anne R. Traum
United States District Court Judge