**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD SHERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD WICKHAM, in his personal capacity; KIM THOMAS, in his personal capacity; WILLIAM GITTERE, in his personal capacity and in his official capacity as Deputy Director of Operations of the Nevada Department of Corrections; BRIAN WILLIAMS, in his official capacity as Deputy Director of Programs of the Nevada Department of Corrections; WILLIAM REUBART, in his personal capacity and in his official capacity as Warden of Ely State Prison; DAVID DRUMMOND, in his official capacity as Associate Warden of Ely State Prison; and TASHEENA COOKE, in her official capacity as Associate Warden of Ely State Prison,<br><br>　　　　Defendants. | Case No. 3:21-cv-00168-ART-CSD<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING NOTICE RELATING TO PROPOSED RELIEF IN ACCORDANCE WITH THE COURT'S ORDER OVERRULING OBJECTIONS TO REPORT AND RECOMMENDATION (DKT. NO. 80)**<br><br>**(Second Request)**<br><br>Hon. Anne R. Traum<br>Hon. Craig S. Denney |

**STIPULATION TO EXTEND DEADLINE FOR FILING NOTICE RELATING TO PROPOSED RELIEF**

On August 3, 2022, the Honorable Craig S. Denney issued a Report and Recommendation granting in part Plaintiff Donald Sherman's Renewed Motion for Preliminary Injunction. *See* Dkt. No. 62. In that order, the Court recommended that the motion be granted and that "the parties should be directed to meet and confer regarding the specifics" of Mr. Sherman's access to the sweat lodge, and that "[i]f the parties reach an agreement, they should be directed to file a stipulation with the court outlining their agreement within 21 days of the date of any order adopting and accepting this Report and Recommendation for the court's approval." *Id.* at 21.

On March 29, 2023, the Honorable Anne R. Traum issued an Order Overruling Defendants' Objections to Magistrate Judge Denney's Report and Recommendation. *See* Dkt. No. 80 ("Order"). In the Order, the Court ordered that the parties "meet and confer regarding the specifics of Sherman's access to the sweat lodge," and that within 21 days of that order, the parties should file "a stipulation outlining their agreement for the Court's approval" or a notice indicating that they cannot reach an agreement. *Id.* at 17. Following issuance of the Court's March 29, 2023 Order, the parties have met and conferred regarding the specifics of Mr. Sherman's sweat-lodge access, and their negotiations are ongoing.

On April 19, the parties filed a stipulation to extend the deadline to file a stipulation relating to Mr. Sherman's access or a notice relating to the parties' efforts by 21 days—to May 10, 2023. *See* Dkt. No. 81 ("Stipulation for Extension"). On April 21, the Court issued an order approving the parties' stipulation to extend the deadline to file a stipulation regarding the requested relief. *See* Dkt. No. 82 ("Order").

Since filing the Stipulation for Extension and issuance of the Order, the parties have continued to negotiate regarding the specifics of Mr. Sherman's access to the sweat lodge. To permit the parties to confer further regarding Mr. Sherman's access, the parties stipulate, subject to the Court's approval, to extend the deadline to file a stipulation relating to Mr. Sherman's access or a notice relating to the parties' efforts by 21 days—to May 31, 2023. This is the

second stipulation to extend the deadline in the Court's March 29, 2023 Order, and is being made in the interest of conserving the parties' and the Court's resources and avoiding unnecessary motion practice.

Respectfully submitted,

Dated: May 10, 2023    O'MELVENY & MYERS LLP

By: /s/ Daniel J. Tully
    Daniel J. Tully

*Attorneys for Plaintiff Donald Sherman*

Dated: May 10, 2023    LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES

By: /s/ Lisa A. Rasmussen
    Lisa A. Rasmussen

*Attorney for Plaintiff Donald Sherman*

Dated: May 10, 2023    OFFICE OF THE NEVADA ATTORNEY GENERAL

By: /s/ Chris W. Davis
    Chris W. Davis

*Attorney for Defendants Harold Wickham et al*

IT IS SO ORDERED.

Anne R. Traum
United States District Court Judge

DATED: May 11, 2023