**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD SHERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD WICKHAM, in his personal capacity; KIM THOMAS, in his personal capacity; WILLIAM GITTERE, in his personal capacity and in his official capacity as Deputy Director of Operations of the Nevada Department of Corrections; BRIAN WILLIAMS, in his official capacity as Deputy Director of Programs of the Nevada Department of Corrections; WILLIAM REUBART, in his personal capacity and in his official capacity as Warden of Ely State Prison; DAVID DRUMMOND, in his official capacity as Associate Warden of Ely State Prison; and TASHEENA COOKE, in her official capacity as Associate Warden of Ely State Prison,<br><br>    Defendants. | Case No. 3:21-cv-00168-ART-CSD<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING NOTICE RELATING TO PROPOSED RELIEF IN ACCORDANCE WITH THE COURT'S ORDER OVERRULING OBJECTIONS TO REPORT AND RECOMMENDATION (DKT. NO. 80)**<br><br>(Fifth Request)<br><br>Hon. Anne R. Traum<br>Hon. Craig S. Denney |

## STIPULATION TO EXTEND DEADLINE FOR FILING NOTICE RELATING TO PROPOSED RELIEF

On August 3, 2022, the Honorable Craig S. Denney issued a Report and Recommendation granting in part Plaintiff Donald Sherman's Renewed Motion for Preliminary Injunction. *See* Dkt. No. 62. In that order, the Court recommended that the motion be granted and that "the parties should be directed to meet and confer regarding the specifics" of Mr. Sherman's access to the sweat lodge, and that "[i]f the parties reach an agreement, they should be directed to file a stipulation with the court outlining their agreement within 21 days of the date of any order adopting and accepting this Report and Recommendation for the court's approval." *Id*. at 21.

On March 29, 2023, the Honorable Anne R. Traum issued an Order Overruling Defendants' Objections to Magistrate Judge Denney's Report and Recommendation. *See* Dkt. No. 80 ("Order"). In the Order, the Court ordered the parties to "meet and confer regarding the specifics of Sherman's access to the sweat lodge," and dictated that within 21 days of that order, the parties must file "a stipulation outlining their agreement for the Court's approval" or a notice indicating that they cannot reach an agreement. *Id*. at 17. Following the issuance of the Court's March 29, 2023 Order, the parties have met and conferred regarding the specifics of Mr. Sherman's sweat-lodge access, and their negotiations are ongoing.

On April 19, 2023, May 10, 2023, May 31, 2023, and June 21, 2023 the parties filed stipulations to extend the deadline for filing a notice of proposed relief relating to Mr. Sherman's sweat lodge access by 21 days. *See* Dkt. Nos. 81, 87, 90, 92. The Court issued orders approving the parties' stipulations. *See* Dkt. Nos. 82, 88, 91, 93.

Since the issuance of the Order, the parties have met and conferred regarding the specifics of Mr. Sherman's sweat lodge access. And since filing the stipulations, the parties have continued to engage in good faith negotiations, including a court-ordered mediation conference with the Circuit Mediator for the Ninth Circuit. To permit the parties to continue conferring about Mr. Sherman's access, the parties stipulate, subject to the Court's approval, to extend the deadline to file a stipulation relating to Mr. Sherman's access or a notice relating to the parties'

efforts by 45 days—to August 25, 2023.  This is the fifth stipulation to extend the deadline in the Court's March 29, 2023 Order, and is being made in the interest of conserving the parties' and the Court's resources and avoiding unnecessary motion practice.

Respectfully submitted,

Dated:  July 12, 2023            O'MELVENY & MYERS LLP

By:    /s/ Daniel J. Tully
              Daniel J. Tully

*Attorneys for Plaintiff Donald Sherman*

Dated:  July 12, 2023            LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES

By:    /s/ Lisa A. Rasmussen
              Lisa A. Rasmussen

*Attorney for Plaintiff Donald Sherman*

Dated:  July 12, 2023            OFFICE OF THE NEVADA ATTORNEY GENERAL

By:    /s/ Chris W. Davis
              Chris W. Davis

*Attorney for Defendants Harold Wickham et al*

**IT IS SO ORDERED.**

Dated this 17th day of July, 2023.

_____

Anne R. Traum
United States District Court Judge

- 3 -