# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SHERMAN, | Case No. 3:21-cv-00168-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND DEADLINE FOR FILING NOTICE RELATING TO PROPOSED RELIEF IN ACCORDANCE WITH THE COURT'S ORDER OVERRULING OBJECTIONS TO REPORT AND RECOMMENDATION (DKT. NO. 80)** |
| HAROLD WICKHAM, in his personal capacity; KIM THOMAS, in his personal capacity; WILLIAM GITTERE, in his personal capacity and in his official capacity as Deputy Director of Operations of the Nevada Department of Corrections; BRIAN WILLIAMS, in his official capacity as Deputy Director of Programs of the Nevada Department of Corrections; WILLIAM REUBART, in his personal capacity and in his official capacity as Warden of Ely State Prison; DAVID DRUMMOND, in his official capacity as Associate Warden of Ely State Prison; and TASHEENA COOKE, in her official capacity as Associate Warden of Ely State Prison, | (Sixth Request)<br><br>Hon. Anne R. Traum<br>Hon. Craig S. Denney |
| Defendants. | |

# **STIPULATION TO EXTEND DEADLINE FOR FILING NOTICE RELATING TO PROPOSED RELIEF**

On August 3, 2022, the Honorable Craig S. Denney issued a Report and Recommendation granting in part Plaintiff Donald Sherman's Renewed Motion for Preliminary Injunction. *See* Dkt. No. 62. In that order, the Court recommended that the motion be granted and that "the parties should be directed to meet and confer regarding the specifics" of Mr. Sherman's access to the sweat lodge, and that "[i]f the parties reach an agreement, they should be directed to file a stipulation with the court outlining their agreement within 21 days of the date of any order adopting and accepting this Report and Recommendation for the court's approval." *Id*. at 21.

On March 29, 2023, the Honorable Anne R. Traum issued an Order Overruling Defendants' Objections to Magistrate Judge Denney's Report and Recommendation. *See* Dkt. No. 80 ("Order"). In the Order, the Court ordered the parties to "meet and confer regarding the specifics of Sherman's access to the sweat lodge," and dictated that within 21 days of that order, the parties must file "a stipulation outlining their agreement for the Court's approval" or a notice indicating that they cannot reach an agreement. *Id*. at 17. Following the issuance of the Court's March 29, 2023 Order, the parties have met and conferred regarding the specifics of Mr. Sherman's sweat lodge access, and their negotiations are ongoing.

On April 19, 2023, May 10, 2023, May 31, 2023, June 21, 2023, and July 12, 2023 the parties filed stipulations to extend the deadline for filing a notice of proposed relief relating to Mr. Sherman's sweat lodge access. *See* Dkt. Nos. 81, 87, 90, 92, 96. The Court issued orders approving the parties' stipulations. *See* Dkt. Nos. 82, 88, 91, 93, 97.

Since the issuance of the Order, the parties have met and conferred regarding the specifics of Mr. Sherman's sweat lodge access. And since filing the stipulations, the parties have continued to engage in good faith negotiations, including several court-ordered mediation conferences with the Circuit Mediator for the Ninth Circuit. To permit the parties to continue conferring about Mr. Sherman's access, the parties stipulate, subject to the Court's approval, to extend the deadline to file a stipulation relating to Mr. Sherman's access or a notice relating to

the parties' efforts by 45 days—to October 9, 2023.  This is the sixth stipulation to extend the deadline in the Court's March 29, 2023 Order, and is being made in the interest of conserving the parties' and the Court's resources and avoiding unnecessary motion practice.

Respectfully submitted,

Dated:  August 25, 2023          O'MELVENY & MYERS LLP

                                 By:   /s/ Daniel J. Tully
                                           Daniel J. Tully

                                 *Attorneys for Plaintiff Donald Sherman*

Dated:  August 25, 2023          LAW OFFICES OF KRISTINA
                                 WILDEVELD & ASSOCIATES

                                 By:   /s/ Lisa A. Rasmussen
                                           Lisa A. Rasmussen

                                 *Attorney for Plaintiff Donald Sherman*

Dated:  August 25, 2023          OFFICE OF THE NEVADA ATTORNEY
                                 GENERAL

                                 By:   /s/ Chris W. Davis
                                           Chris W. Davis

                                 *Attorney for Defendants Harold Wickham et al*


**IT IS SO ORDERED.**

Dated this 29th day of August, 2023.

_____
Honorable Anne R. Traum
United States District Judge