**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD SHERMAN,

               Plaintiff,

v.

HAROLD WICKHAM, et al.,

               Defendants.

Case No.  3:21-cv-00168-ART-CSD

**ORDER GRANTING**

**STIPULATION TO**
**DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Defendants-Appellants Tasheena Cooke, David Drummond, William Gittere, William Reubart, Kim Thomas, Harold Wickham, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Senior Deputy Attorney General, and Plaintiff-Appellee Donald Sherman, by and through counsel, Meaghan VerGow and Daniel J. Tully of O'Melveny & Myers LLP and Lisa A. Rasmussen of McLetchie Law, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action, including all claims against all parties, be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

1

The Parties have resolved this matter in its entirety and the Court may accordingly close the case. Any outstanding deadlines are considered moot.

O'MELVENY & MYERS LLP

By: _/s/ Meaghan VerGow_ _
     Meaghan VerGow, Esq.
Dated: _March 18, 2026_ _

*Attorneys for Plaintiff-Appellee*

AARON D. FORD
Attorney General

By: _/s/ Chris Davis_ _
     Chris Davis
     Senior Deputy Attorney General
Dated: _March 18, 2026_ _

*Attorneys for Defendants-Appellants*

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: _March 20, 2026_

2